**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INDICTMENT** |
| | : | |
| **v.** | : | **CRIMINAL NO. 5:26-CR-____** |
| | : | |
| **SCOTT HARDWICK,** | : | **VIOLATIONS:  18 U.S.C. § 1341** |
| | : | **18 U.S.C. § 981(a)(1)(C)** |
| | : | **28 U.S.C. § 2461(c)** |
| _____ | : | |

**THE GRAND JURY CHARGES:**

At all times material to this Indictment:

## GENERAL INTRODUCTION

1. Nashua Coins & Collectibles is a company located at 202 Main Street, Nashua, New Hampshire that specializes in the sale of rare coins and collectibles with an online web interface allowing for the purchase and shipment of rare coins anywhere within the United States.

2. Prestige Metals Exchange is a company located at 205 East Avenue J, Silsbee, Texas that specializes in the sale of rare coins, metals, and collectibles with an online web interface allowing for the purchase and shipment of rare coins anywhere within the United States.

3. Scott Hardwick developed a scheme and artifice where he would agree to purchase rare coins from online providers causing the coins to be shipped to his address through the United States Mail.

4. Once Hardwick received the coins, Hardwick would report the purchase as fraudulent to his credit card company without sending the coins back to the online providers. This practice resulted in the vendor not receiving the funds for the purchase and relieved Hardwick of the obligation to remit funds to his credit card company.

1

5. Nashua Coins & Collectibles and Prestige Metals Exchange were victims of Hardwick's fraudulent scheme as both companies shipped Hardwick a rare coin through the mail for which the purchase of the coin was later falsely reported by Hardwick as fraudulent.

6. After falsely reporting the purchases as fraudulent, Hardwick never returned the coins to Nashua Coins & Collectibles and Prestige Metals Exchange or remitted funds for purchase.

7. Nashua Coins & Collectibles shipped Hardwick an 1893-S Morgan Silver Dollar PCGSXS40 with a purchase price of $12,500.00.

8. Prestige Metals Exchange shipped Hardwick an 1862 Seated Liberty Half Dollar, Proof 66, Graded by NGC with a purchase price of $16,999.00.

**COUNT ONE**
**(Mail Fraud)**

The allegations outlined in the General Introduction are hereby incorporated by reference as if fully set forth herein.

Beginning on or about May 18, 2022, and continuing through on or about May 23, 2022 in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**SCOTT HARDWICK,**

Defendant, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain property; to wit: a collectible coin, one 1893-S $ Morgan Silver Dollar PCGSXS40, by materially false and fraudulent pretenses, representations, and promises. Defendant, for the purpose of executing the above-described scheme and artifice to defraud and deprive, did knowingly cause said coin to be delivered by mail and knowingly took and received said coin from an authorized depository for mail matter. All in violation of Title 18, United States Code, Sections 1341.

2

## COUNT TWO
### (Mail Fraud)

The allegations outlined in the General Introduction are hereby incorporated by reference as if fully set forth herein.

Beginning on or about August 21, 2024, and continuing until on or about August 21, 2024 in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

### SCOTT HARDWICK,

Defendant, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain property to wit: a collectible coin, one 1862 Seated Liberty Half Dollar, Proof 66, Graded by NGC with serial number 4627857-008, by materially false and fraudulent pretenses, representations, and promises. Defendant, for the purpose of executing the above-described scheme and artifice to defraud and deprive, did knowingly cause said coin to be delivered by mail and knowingly took and received said coin from an authorized depository for mail matter. All in violation of Title 18, United States Code, Sections 1341.

### FORFEITURE NOTICE
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1.      The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 1341 set forth in Counts One and Two of this Indictment, the defendant,

### SCOTT HARDWICK,

3

shall forfeit to the United States of America pursuant to Title 18, Unites States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes, or is derived from proceeds traceable to a commission of said violation(s), including but not limited to the following: one (1) 1862 Seated Liberty Half Dollar, Proof 66, Graded by NGC, Serial Number: 4627857-008; and a money judgment in an amount to be determined.

3.      If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a)      cannot be located upon exercise of due diligence;

(b)      has been transferred, sold to or deposited with, a third person;

(c)      has been placed beyond the jurisdiction of the court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

4

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented by:

TRAVIS LYNES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __10__ day of June, 2026.

Deputy Clerk